Alliance Finance Corporation, appellant, v. M. A. Michna, trading as Michna Motor Sales, appellee. Gen. No. 33,540.

Opinion filed October 14, 1929. Rehearing denied October 28, 1929.

William Jaffe, for appellant. Joseph C. Pisha and Ewart Harris, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Albert Paschke, Sr., appellee, v. Walter P. Schneider, appellant. Gen. No. 33,562.

Opinion filed October 14, 1929.

Simpson & Baker and Gustav E. Beerly, for appellant; Corinne L. Rice, of counsel. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Dovenmuehle, Inc., appellee, v. Albert J. Terwell et al., defendants. Albert J. Terwell, appellant. Gen. No. 33,731.

Opinion filed October 14, 1929.

Edward H. Kubitz, for appellant. Otto G. Ryden, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

E. C. Winter, appellee, v. Louis Torch et al., trading as Hyde Park Hotel Garage, appellants. Gen. No. 33,423.

Opinion filed October 14, 1929. Rehearing denied October 28, 1929.

Joseph H. Hinshaw, for appellants. Julius S. Neale, for appellee; Philip Appel, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.